UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 2:95-mj-00156 |
| | : |
| CARLOS PENA | : |
| a/k/a "Carlos Pena Juarez", | |

### MOTION TO DISMISS COMPLAINT

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby requests that the Court dismiss the Criminal Complaint which is pending against the defendant without prejudice.

WHEREFORE, the United States respectfully requests that this Court grant the dismissal without prejudice of the Criminal Complaint against Carlos Pena in Case Number 2:95-mj-00156.

        Respectfully submitted,

        PAUL I. PEREZ
        United States Attorney

By:  s/ Douglas Molloy
      DOUGLAS MOLLOY
      Assistant United States Attorney
      Florida Bar No. 0316717
      2110 First Street, Suite 3-137
      Fort Myers, Florida 33901
      Phone: (239) 461-2200
      Fax: (239) 461-2219
      Email: douglas.molloy@usdoj.gov

**U.S. v. Pena**                                                      **Case No. 2:95-mj-00156**

CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                           *s/ Douglas Molloy*
                                           DOUGLAS MOLLOY
                                           Assistant United States Attorney